In the Matter of the Claim of MARY STRAF, Respondent, against HOTEL ROSEMONT, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. It is not to be inferred from this decision that the court approves the rule stated in the memorandum of the Board that they are limited to any one particular employment in fixing the wage-earning capacity. (See *Becker* v. *General Electric Co.*, 210 App. Div. 495.)

In the Matter of the Claim of WILLARD E. DENN, Respondent, against SCHAEFFER & BARRY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARY STEFICH, Respondent, against CHILDS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of IDA JACOBS, Respondent, against A. SHERMAN LUMBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decision, dated November 11, 1931, affirmed, without costs. This court recommends that payments be not made to the mother on account of her past conduct, but should be made payable to Mary Jacobs or some suitable person in her behalf. All concur, except Rhodes, J., who dissents.

In the Matter of the Claim of SAM TROPIO, Respondent, against RODGERS & HAGERTY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Fomolo* v. *Oakdale Contracting Co.* [*ante*, p. 749], decided by this court March 17, 1932.

In the Matter of the Claim of ROSARIO COSTANZO, Respondent, against SUN LATHING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARIE LOISCONO, Respondent, against COLUMBIA ROPE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JAMES DI LIBERTO, Respondent, against WHITMORE, RAUBER & VICINUS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOSEPH LEYH, Respondent, against V. & M. RYAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANK GARLAND, Respondent, against CORSON CONSTRUCTION CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.